1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROSS MCLENNAN, | No. CV 20-11150-DDP-RAO |
| Plaintiff, | [~~PROPOSED~~] **PROTECTIVE ORDER** |
| v. | |
| UNITED STATES, a government entity, and DOES 1 through 10, Inclusive, | |
| Defendants. | |

1    The Court, having read and considered the parties' Stipulation for Protective

2  Order, and for the reasons stated in the Stipulation as well as for good cause shown,

3    IT IS HEREBY ORDERED that the Protected Material, as defined in the

4  Stipulation, may be disclosed by the parties to this action and used pursuant to and in

5  accordance with the Stipulation.

6

7

8  Dated: November 9, 2021

9

10                              _____
                                HONORABLE ROZELLA A. OLIVER
11                              UNITED STATES MAGISTRATE JUDGE

12

13  Presented by,

14  TRACY L. WILKISON
    Acting United States Attorney
    DAVID M. HARRIS
15  Assistant United States Attorney
    Chief, Civil Division
16  JOANNE S. OSINOFF
    Assistant United States Attorney
17  Chief, General Civil Section

18

19    _/s/ Margaret M. Chen_____
    MARGARET M. CHEN
20  Assistant United States Attorney

21  Attorneys for Defendant
    United States
22

23

24

25

26

27

28

                                1