1

2

3

4

5

6

7

8

9

JS-6

10

11

12

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

13

WESTERN DIVISION

14

ROSS MCLENNAN,

No. CV 20-11150-DDP-RAO

15

Plaintiff,

**ORDER DISMISSING ACTION WITH PREJUDICE**

16

v.

17

UNITED STATES, a government
entity, and DOES 1 through 10,
Inclusive,

18

19

Defendants.

20

21

22

23

24

25

26

27

28

1          Pursuant the Stipulation of the parties, IT IS HEREBY ORDERED that the above-

2    captioned action is dismissed with prejudice in its entirety. Each side shall bear its own

3    costs, fees, and expenses. The Court shall not retain jurisdiction over the above-

4    captioned action, the parties' settlement, or the United States.

5

6

7    Dated:  June 23, 2022

8

9    HONORABLE DEAN D. PREGERSON

10   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1